**Dismissed and Memorandum Opinion filed August 28, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00295-CV

---

### SHAVONNE LEON, Appellant

### V.

### HOUSTON HOUSING AUTHORITY, Appellee

---

**On Appeal from the Co Civil Ct at Law No 4**
**Harris County, Texas**
**Trial Court Cause No. 1040205**

---

# M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 8, 2014. Appellant filed an affidavit of indigence. *See* Tex. R. App. P. 20.1. No contest was filed and this court ordered preparation of the record without advance payment of costs. *See id* at 20.1(f). The clerk's record was filed May 16, 2014, and the reporter's record was filed June 13, 2014. Appellant's brief was due July 14, 2014, but it was not filed. *See id.* at 38.6(a). Appellant also did not request an extension of time to file the brief. *See id* at 38.6(d).

On July 31, 2014, this court issued an order stating that unless appellant filed a brief by August 15, 2014, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). Appellant has not filed a brief or any other response to this court's order.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices McCally, Brown, and Wise.